Petitioner's Exhibit D



JOAN FINNEY, GOVERNOR OF THE STATE OF KANSAS

# KANSAS DEPARTMENT OF SOCIAL AND REHABILITATION SERVICES

DONNA WHITEMAN, SECRETARY

January 28, 1994

The Honorable Robert Vancrum
The State Senate
State Capitol Building, Rm. 449-N
Topeka, Kansas 66612

Dear Senator Vancrum:

Senate Bill 525 proposes to provide a system of civil commitment to a facility operated by SRS for persons completing a prison sentence for specified violent, sexual offenses. Determining annual costs for a new program is difficult without a full understanding of the specific goals of the proposed legislation.

We contacted the Department of Corrections and determined there were 331 individuals released during FY 1993 who met the criteria stated in Section 2 of this bill. We are not able to make an accurate estimate on how many of these individuals would be committed to SRS custody. The projected annual cost for each resident of the State Security Hospital for FY 1995 is $57,966. The first year costs could range from (assuming an average stay of 6 months for new admissions) $898,473 for 10% of the released population to $9,593,373 for 100%.

Currently, the State Security Hospital at Larned, Ks. has approximately 30 available beds. The first year of Mental Health Reform downsizing closed 30 adult beds, which allowed us to correct overcrowding on the Security Behavior Ward, but created no new available beds. The final two years of reform could make from 10 to 60 beds available, assuming appropriate remodeling. Should the expected bed need created by SB 525 exceed 70 to 90 beds a new facility would be required. The Attachment provides construction estimates for various sized secure facilities. These estimates were based upon the costs of construction of the Correctional Mental Health Facility in Larned, Ks.

Please do not hesitate to contact George D. Vega at 296-3773 if you need any additional information.

Sincerely,

Donna L. Whiteman
Secretary

DLW:DAJ:hb

cc: Senators Bogina, Bond, Burke, Corbin, Emert, Feleciano, Frahm, Hardenburger, Harris, Kerr, Langworthy, Lawrence, Martin, Morris, Oleen, Papay, Parkinson, Ramirez, Ranson, Reynolds, Rock, Salisbury, Sallee, Steffes, Tiahrt and Vidricksen

915 SW HARRISON STREET, TOPEKA, KANSAS 66612

2-3



JOAN FINNEY, GOVERNOR OF THE STATE OF KANSAS

# KANSAS DEPARTMENT OF SOCIAL AND REHABILITATION SERVICES

DONNA WHITEMAN, SECRETARY

March 1, 1994

The Honorable Robert Vancrum
Statehouse—Room 449-N
Topeka, KS 66612

Dear Senator Ranson:

Senate Bill 525 establishes civil commitment procedures for the long-term care and treatment for persons determined to be sexually violent predators.

Section 1 of SB 525 suggests legislative intent to very narrowly apply these procedures to only those sexually violent offenders deemed to be the most dangerous. This section also states the prognosis for curing sexually violent offenders is poor, the treatment needs of this population are very long term, and the treatment modalities for this population are very different than the traditional treatment modalities for people appropriate for commitment under the treatment act for mentally ill persons.

Given these assumptions, we should anticipate an initial need for a secure facility with the capacity of roughly one hospital ward (20-30 beds) if SB 525 were enacted. However, since the prognosis for cure is poor and treatment needs are very long term, future planning should accommodate the probability of increasing demand for secure beds. Although estimates are difficult to establish at this time, it is not unrealistic to anticipate the need for an additional secure ward every two to three years.

Finally, since the target group of SB 525 is extremely dangerous and the treatment modalities very different, the secure facility where sexually violent predators are committed needs to be carefully designed and managed. From a treatment perspective, the more self-contained or autonomous the residential sex-offender program setting, the greater the benefits to both staff and residents, and the more likely it is the program goals will be met. Sexually violent predators should not be co-mingled with the psychiatric patients in our State Hospitals. SRS also maintains the Department of Corrections is better able to manage a secure facility of this type with MHRS providing treatment services. The secure nature of this facility is qualitatively different than the typical management structure and expertise of the State psychiatric hospitals.

Sincerely,

Donna L. Whiteman
Secretary

DLW:GDV:RP:MH:bb

## SENATE BILL 525 CARE AND TREATMENT

### 10% ANNUAL COMMITMENT RATE

|                    | FY 1995 | FY 1996   | FY 1997   | FY 1998   | FY 1999   | FY 2000   |
|--------------------|---------|-----------|-----------|-----------|-----------|-----------|
| ANNUAL COST        | 57,966  | 59,705    | 61,496    | 63,341    | 65,241    | 67,198    |
| CENSUS:            |         |           |           |           |           |           |
| BEGINNING          | 0       | 33        | 63        | 90        | 114       | 136       |
| ADMISSIONS         | 33      | 33        | 33        | 33        | 33        | 33        |
| DISCHARGES         | 0       | 3         | 6         | 9         | 11        | 13        |
| ENDING             | 33      | 63        | 90        | 114       | 136       | 156       |
| TOTAL ANNUAL COST  | 898,473 | 2,865,839 | 4,704,454 | 6,460,783 | 8,155,155 | 9,810,978 |

### 100% ANNUAL COMMITMENT RATE

|                    | FY 1995   | FY 1996    | FY 1997    | FY 1998    | FY 1999    | FY 2000    |
|--------------------|-----------|------------|------------|------------|------------|------------|
| ANNUAL COST        | 57,966    | 59,705     | 61,496     | 63,341     | 65,241     | 67,198     |
| CENSUS:            |           |            |            |            |            |            |
| BEGINNING          | 0         | 331        | 629        | 897        | 1,138      | 1,355      |
| ADMISSIONS         | 331       | 331        | 331        | 331        | 331        | 331        |
| DISCHARGES         | 0         | 33         | 63         | 90         | 114        | 136        |
| ENDING             | 331       | 629        | 897        | 1,138      | 1,355      | 1,551      |
| TOTAL ANNUAL COST  | 9,593,373 | 28,655,405 | 46,918,779 | 64,459,584 | 81,348,886 | 97,653,114 |

*Handwritten annotations: "Current SOTP Population" pointing to 331 (FY 1995 ending); "Current budget for SOTP" pointing to 9,593,373.*