Petitioner's Exhibit



Behavioral Sciences Regulatory Board
700 SW Harrison St. Suite 420
Topeka, KS 66603-3929

**David B. Fye, JD**, Executive Director

Kansas
Behavioral Sciences
Regulatory Board

Phone: 785-296-3240
Fax: 785-296-3112
www.ksbsrb.ks.gov

**Laura Kelly**, Governor

March 21, 2023

Robert Davis #45883
1301 KS Hwy 264
Larned, KS 67550

Re: Response to Your Inquiries

Mr. Davis,

We received a letter from you on March 17, 2023. Please see our responses below:

1. You asked for the requirements in the state of Kansas for sex offender and/or sexual predator treatment/therapy.

Response: We do not have this information.

2. You asked for the process for a person to become a sex offender and/or sexual predator therapist in the state of Kansas.

Response: We do not have this information.

3. You asked how a person becomes licensed with the Behavioral Sciences Regulatory Board (BSRB) and how a person becomes licensed with the BSRB for sex offender and/or sexual predator treatment/therapy?

Response: Your question is vague and lacks specificity. The BSRB licenses seven unique professions, so the requirements for licensure differ for each profession. Information on the licensure requirements for the different professions can be found by accessing the BSRB website at ksbsrb.ks.gov. We do not license specifically in the area of sex offender and/or sexual predator treatment/therapy, so we do not have information to answer your second question.

4. You asked for the standard for sex offender and/or sexual predator treatment/therapy in the state of Kansas and the United States. You asked whether the Sexual Predator Treatment Program at Larned State Hospital meets this and why. You asked whether Kansas Department of Corrections meets this and why?

Response: We do not have information to answer your questions and are unable to provide legal advice.

5. You asked whether Morgan Sanchez is qualified to administer sex offender and/or sexual predator treatment and therapy and an explanation of our conclusion.

Response: We do not have information to answer your questions and are unable to provide legal advice.

Sincerely,

David B. Fye, J.D.
Executive Director
Behavioral Sciences Regulatory Board