IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**

JUL 31 2023

Clerk, U.S. District Court
By: _____ Deputy Clerk

KENNETH MARK HAY, )
       Plaintiff, )
)
)
Versus ) Case No. 23-3175-JWL
)
)
Applequist, et. al., )
       Defendants, )

## MOTION TO AMEND PLAINTIFF's RELIEF

**COMES NOW,** the Plaintiff, Mr. Kenneth Mark Hay, by and through himself, Pro-Se, before this Honorable Court to humbly submit this Motion to Amend Plaintiff's Relief.

The Plaintiff asks for the following Amended Prayer for Relief:
WHEREFORE, Plaintiff respectfully prays that this court enter judgment granting plaintiff:

1. A declaration that the acts and omissions described herein violated plaintiff's rights under the Constitution and laws of the United States. And to a declaration that the KSVPA and SPTP are Unconstitutional and Punitive.

2. A preliminary and permanent injunction ordering defendants, Ms. Dipeman, Ms. Applequist, Ms. Bennett, and Ms. Kidd, to cease violating the Plaintiff's Constitutional and Statutory Rights as stated by the Plaintiff in this action.

3. Compensatory damages in the amount of $50.75 million dollars against each defendant, jointly and separately.

4. Punitive damages in the amount of $50.75million dollars against each defendant.

5. To have all Bank Accounts, Credit Card Accounts, Stocks, Bonds, 401K's, IRA's, Retirement Funds, any and all Assets Frozen and Seized and turned over to the Plaintiff.

6. To have the Defendants be prevented from working in the Medical, Mental Health and Correctional Environment/Field in the United States for good.

7. To have the Defendants personally apologize to every resident in SPTP in person for 30 years of Suffering and Humiliation.

8. To have the Plaintiff deported to Scotland or Ireland.

9. A jury trial on all issues triable by jury.

10. Plaintiff's costs in this suit.

11. And any and all relief this Court deems fit to add.

Respectfully Submitted,
Kenneth Mark Hay
1301 Kansas Highway 264
Larned, Kansas 67550
620-285-4777 extension 7

## CERTIFICATE OF SERVICE

I, <u>KENNETH MARK HAY</u>, hereby certify that a true and correct copy of this Motion to Amend Plaintiff's Relief was sent, Postage Prepaid, by U.S. Mail, on this 26th day of July 2023 to the following:

United States District Court
444 S.E. Quincy
Room 490
Topeka, Kansas 66683

Kansas Attorney General's Office
C/O Mr. David Davies
120 S.W. 10th Street
2nd Floor
Topeka, Kansas 66612