## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

**KENNETH MARK HAY,**

     **Plaintiff,**

     v.                         **CASE NO.  23-3175-JWL**

**KERI APPLEQUIST, et al.,**

     **Defendants.**

### ORDER

Plaintiff brings this pro se civil rights action under 42 U.S.C. § 1983.  Plaintiff is civilly committed to the SPTP at the Larned State Hospital in Larned, Kansas.  This matter is before the Court on Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. 3).  Plaintiff's motion indicates that he is indigent and unable to pay the filing fee.  The Court grants the motion.

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. 3) is **granted**.

**IT IS SO ORDERED.**

**Dated August 1, 2023, in Kansas City, Kansas.**

                           **S/  John W. Lungstrum**
                           **JOHN W. LUNGSTRUM**
                           **UNITED STATES DISTRICT JUDGE**