IN THE UNITED STATES DISTRICT COURT
FOR THE DISTTRICT OF KANSAS

Kenneth Mark Hay )
      Plaintiff )
                )
                )
Versus        )    Case No. 23-3175 JWL
                )
                )
Applequest, et al  )
      Defendants )

FILED
OCT 13 2023
Clerk, U.S. District Court
By: _____ Deputy Clerk

MOTION FOR APPOINTMENT OF COUNSEL

Pursuant to 28 U.S.C. 1915(e)(1) Plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion, plaintiff states:

1. Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.
2. Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Plaintiff has limited access to the law library and very limited knowledge of the law.

    I am in segregation at Larned State Hospital. L.S.H. Doesn't have a law library. I don't know how to operate a computer, and I am limited formal education.
3. A Trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witnesses.

WHEREFORE, Plaintiff request that the Court appoint _____, a member of the _____ bar, as Counsel in this case.

10/7/2023
Date

*Kenneth Mark Hay*
Kenneth Mark Hay
1301 Kansas Highway 264
Larned, Kansas 67550