IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF KANSAS



FILED
OCT 20 2023
Clerk, U.S. District Court
By: _____ Deputy Clerk

| | |
|---|---|
| KENNETH MARK HAY, )<br>　　　Plaintiff, )<br>　　　　　　　　　　)<br>　　　　　　　　　　)<br>Versus　　　　　　　)<br>　　　　　　　　　　)<br>　　　　　　　　　　)<br>　　　　　　　　　　)<br>Ms. Keri Applequest, et al )<br>　　　Defendants )  | **ORDER TO SHOW CAUSE FOR AN PRELIMINARY INJUNCTION & A TEMPORARY RESTRAINING ORDER**<br><br>CASE NO. <u>5:23-CV-03175-JWL</u><br><br>CIVIL ACTION NO: _____ |

　　　Upon the complaint, the supporting affidavits of Plaintiff, and the memorandum of law submitted herewith, it is:
　　　**ORDERED** that defendants Ms. Keri Applequest, Ms. Lesia Dipeman, Ms. Haleigh Bennett, and Ms. Linda Kidd, show cause in room _____ of the United States Courthouse, 444 S.E. Quincy 490 U.S. Courthouse Topeka, Kansas 66683 on the _____ day of _____, 20__, at _____ o'clock, why a preliminary injunction should not issue pursuant to Rule 65(a) of the Federal Rules of Civil Procedure enjoining the defendants, their successors in office, agents and employees and all other persons acting in concert and participation with them, from:

1. Executing and performing their job duties in their individual and official capacities, as this continues to harm the Plaintiff because they are continuously violating the Plaintiff's Constitutional and Statutory Rights as mentioned in the Complaint ans Amended Complaint.
2. Performing, executing, ordering and/ or participating in searches of the Plaintiff's person, property, possessions, and/or residence without a properly executed Search Warrant from the local Judge/Magistrate.
3. Depositing and Withdrawing monies and/or any monetary gains/funds from their bank accounts, 401(K) accounts, Stock, Bonds, holdings, Etc.
4. Using any and all Debit and/or Credit Cards that belong to them.
5. Residing in any and all residences that they own, possess, and/or are renting and/or paying a debt on.
6. Possessing any and all of their personal possessions and affections.
7. All of these requests are in the Plaintiff's Prayer for Relief.

　　　**IT IS FURTHER ORDERED** that effective immediately, and pending the hearing and determination of this order to show cause, the defendants, Ms. Keri Applequest, Ms. Lesia Dipeman, Ms. Haleigh Bennett, Ms. Linda Kidd, and each of their officers, agents, employers, and all persons acting in concert or participation with them, are restrained from:

1. Executing and performing their job duties in their individual and official capacities, as this continues to harm the Plaintiff because they are continuously violating the Plaintiff's Constitutional and Statutory Rights as mentioned in the Complaint ans Amended Complaint.
2. Performing, executing, ordering and/ or participating in searches of the Plaintiff's person,

       property, possessions, and/or residence without a properly executed Search Warrant from the local Judge/Magistrate.
3. Depositing and Withdrawing monies and/or any monetary gains/funds from their bank accounts, 401(K) accounts, Stock, Bonds, holdings, Etc.
4. Using any and all Debit and/or Credit Cards that belong to them.
5. Residing in any and all residences that they own, possess, and/or are renting and/or paying a debt on.
6. Possessing any and all of their personal possessions and affections.
7. All of these requests are in the Plaintiff's Prayer for Relief.

      **IT IS FURTHER ORDERED** that the order to show cause, and all other papers attached to this application, be served on the aforesaid Plaintiff by _____

_____
      District Judge Signature

_____
      Dated
United States District Judge

## CERTIFICATE OF SERVICE

I, _Kenneth Mark Hay_, hereby certify that a true and correct copy of this Order to Show Cause for a Preliminary Injunction & Temporary Restraining Order by the Plaintiff, was sent by U.S. Mail, postage prepaid, on this ___14___ day of ___October___ of 20_23_, to the following:

Kansas Attorney General's Office
C/O Mr. David Davies
120 S.W. 10th Street, 2nd Floor
Topeka, Kansas 66612

Ms. Keri Applequest
1301 Kansas Highway 264
Larned, Kansas 67550

Ms. Lesia Dipeman
1301 Kansas Highway 264
Larned, Kansas 67550

Ms. Haleigh Bennett
1301 Kansas Highway 264
Larned, Kansas 67550

Kansas Department for aging & Disability Services
C/O Mr. Jared T. Langford
503 South Kansas Avenue
Topeka, Kansas 66603

Ms. Linda Kidd
1301 Kansas Highway 264
Larned, Kansas 67550

United States District Courthouse
C/O Clerk of the District Court
444 S.E. Quincy
490 U.S. Courthouse
Topeka, Kansas 66683