U.S. Department of Justice  
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

U.S. MARSHALS SERVICE  
RECEIVED  
SEP 15 2023  
DISTRICT OF KANSAS

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kenneth Mark Hay | 5:23-cv-03175-HLT-GEB |
| DEFENDANT | TYPE OF PROCESS |
| Keri Applequist, et al | Civil service |

**SERVE AT**  
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
Haleigh Bennett, Chief Operations Officer of SPTP  
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  
SOP, Larned State Hospital 1301 Kansas Highway 264  Larned, Kansas 67550

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW  
Kenneth Mark Hay  
LARNED State Hospital  
1301 KS Highway 264  
Larned, KS 67550

Number of process to be served with this Form 285: 1  
Number of parties to be served in this case: 5  
Check for service on U.S.A.

FILED  
U.S. District Court  
District of Kansas  
OCT 24 2023  
Clerk, U.S. District Court  
By [signature] Deputy Clerk

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  
Jeffrey S Hokanson — Digitally signed by Jeffrey S Hokanson, Date: 2023.09.14 09:30:12 -05'00'  
[X] PLAINTIFF  
[ ] DEFENDANT  
TELEPHONE NUMBER: None provided  
DATE: 9/14/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)  
Total Process: 2 of 5  
District of Origin No.: 31  
District to Serve No.: 31  
Signature of Authorized USMS Deputy or Clerk: PBrown  
Date: 9-29-23

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)  
Date: Service by Mail 10/16/2023  
Time: [ ] am [ ] pm  
Signature of U.S. Marshal or Deputy

Address (complete only different than shown above)

Costs shown on attached USMS Cost Sheet >>

REMARKS  
Date summons sent by certified mail (See tracking strip): 09/29/2023  
Date of Service (Used USPS Track and Confirm, as return receipt not dated.)  
Date on Track and Confirm: 10/23/2023.

Form USM-285  
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| Kenneth Mark Hay <br><br> *Plaintiff(s)* <br> v. <br><br> Keri Applequist, et al <br><br> *Defendant(s)* | Civil Action No. 5:23-cv-03175-HLT-GEB |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Haleigh Bennett, Chief Operations Officer of SPTP
Sexually Violent Predator Program
Larned State Hospital
1301 Kansas Highway 264
Larned, Kansas 67550

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kenneth Mark Hay
LARNED State Hospital
1301 KS Highway 264
Larned, KS 67550

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 09/14/2023

/s/ J. Hokanson, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:23-cv-03175-HLT-GEB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for _____
was received by me on _____

☐ _____

☐ _____, who is _____

☐ _____ ; or

My fees are $ _____ a total of $ 0.00.

I declare under pen[alty]...

Date: _____

---

**USPS Certified Mail Receipt / Return Receipt (attached):**

- Article Addressed to: 5:23-03175 285
  HALEIGH BENNETT
  LARNED STATE HOSPITAL
  1301 KANSAS HIGHWAY 264
  LARNED, KS 67550
- Article Number: 9590 9402 8454 3156 4944 65
- Tracking: 7022 3330 0001 6941 1709
- Service Type: Certified Mail
- PS Form 3811, July 2020

Certified Mail Receipt:
- Certified Mail Fee: $4.35
- Return Receipt (hardcopy): $3.55
- Postmark: 10-12-23
- Postage: $2.07
- Total Postage and Fees: $9.97
- Sent To: HALEIGH BENNETT, LARNED STATE HOSPITAL, 1301 KANSAS HIGHWAY 264, LARNED, KS 67550
- PS Form 3800, April 2015

# USPS Tracking®

FAQs >

**Tracking Number:**

# 70223330000169411709

Remove ×

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:17 pm on October 16, 2023 in LARNED, KS 67550.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

LARNED, KS 67550
October 16, 2023, 12:17 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ˅

**USPS Tracking Plus®** ˅

**Product Information** ˅

See Less ˄

Track Another Package

Enter tracking or barcode numbers