**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

U.S. MARSHALS SERVICE

RECEIVED
SEP 15 2023
DISTRICT OF KANSAS

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kenneth Mark Hay | 5:23-cv-03175-HLT-GEB |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Keri Applequist, et al | Civil service |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Lesia Dipeman, Superintendent

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
SOP, Larned State Hospital 1301 Kansas Highway 264  Larned, Kansas 67550

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Kenneth Mark Hay<br>LARNED State Hospital<br>1301 KS Highway 264<br>Larned, KS 67550 | Number of process to be served with this Form 285 — 1 |
| | Number of parties to be served in this case — 5 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Jeffrey S Hokanson  Digitally signed by Jeffrey S Hokanson  Date: 2023.09.14 09:30:12 -05'00' | | None provided | 9/14/2023 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 3of5 | District of Origin No. 31 | District to Serve No. 31 | Signature of Authorized USMS Deputy or Clerk | Date 9-29-23 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date Service by Mail | Time | ☐ am ☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | 10/16/2023 Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Date summons sent by certified mail (See tracking strip): 09/29/2023
Date of Service (Used USPS Track and Confirm, as return receipt not dated.)
Date on Track and Confirm:  10/23/2023.

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Kansas

|  |  |  |
|---|---|---|
| Kenneth Mark Hay | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  5:23-cv-03175-HLT-GEB |
| | ) | |
| Keri Applequist, et al | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
　　　　　　　Lesia Dipeman, Superintendent
　　　　　　　Sexually Violent Predator Program
　　　　　　　Larned State Hospital
　　　　　　　1301 Kansas Highway 264
　　　　　　　Larned, Kansas 67550

　　　A lawsuit has been filed against you.

　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
　　　　　　　Kenneth Mark Hay
　　　　　　　LARNED State Hospital
　　　　　　　1301 KS Highway 264
　　　　　　　Larned, KS 67550

　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　*CLERK OF COURT*

Date: _____09/14/2023_____　　　　　　　　　　　___/s/ J. Hokanson, Deputy Clerk___
　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   5:23-cv-03175-HLT-GEB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

5:23-03175   3QS

LESIA DIPEMAN
LARNED STATE HOSPITAL
1301 KANSAS HIGHWAY 264
LARNED, KS 67550

9590 9402 8454 3156 4944 72

2. Article Number *(Transfer from service label)*

7022 3330 0001 6941 1716

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ~~~~~

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00  .

I declare under

Date: _____

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee
$   4.35

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $   5.55
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage
$   2.07

Total Postage and Fees
$   9.97

Postmark
Here
10-12-23

Sent To
LESIA DIPEMAN
Street and Apt. No., or PO Box
LARNED STATE HOSPITAL
City, State, ZIP+4
1301 KANSAS HIGHWAY 264
LARNED, KS 67550

PS Form 3800, April 2015 PSN

_____ 's signature

_____ me and title

_____ 's address

Additional information

# USPS Tracking®

FAQs  >

**Tracking Number:**

Remove ✕

# 70223330000169411716

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:17 pm on October 16, 2023 in LARNED, KS 67550.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

LARNED, KS 67550
October 16, 2023, 12:17 pm

**See All Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                                                  ⌄

USPS Tracking Plus®                                                                    ⌄

Product Information                                                                    ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers