IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KENNETH MARK HAY,

    Plaintiff,

    v.

KERI APPLEQUEST, et al.,

    Defendants.

Case No. 5:23-cv-03175-HLT-GEB

## ORDER

Plaintiff Kenneth Mark Hay brings this § 1983 action pro se against various staff at Larned State Hospital.[1] He seeks $50.75 million dollars in compensatory damages and another $50.75 million in punitive damages from each Defendant. Doc. 8 at 24. He also seeks injunctive relief including preventing Defendants from working in the medical, mental health, and correctional fields; required apologies; and "deportation" of Plaintiff to Scotland or Ireland. *Id.*

The case is in its early stages; no Defendant has answered the amended complaint, and counsel has not yet entered an appearance. But it appears three of the four Defendants have been served. The case is before the Court on Plaintiff's request titled "Order to Show Cause for [a] Preliminary Injunction and a Temporary Restraining Order." Doc. 11.

Plaintiff appears to want the Court to prevent Defendants from taking actions such as performing their jobs, searching Plaintiff without a search warrant, using their bank accounts and debit/credit cards, residing in their homes, and possessing their personal property. Plaintiff offers no legal basis for this broad relief, and the request is otherwise unsupported. His two-page request

---

[1] The Court liberally construes Plaintiff's pro se filings and holds them to a less stringent standard than those drafted by lawyers. *See Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). But the Court does not assume the role of advocate. *Id.*

does not even identify the governing standard for relief. He has provided the Court with no framework or authority under which to evaluate his request for such broad, sweeping relief. Plaintiff fails to identify any basis upon which the Court could grant him the relief sought.

THE COURT THEREFORE ORDERS that Plaintiff's request titled "Order to Show Cause for [a] Preliminary Injunction and a Temporary Restraining Order" (Doc. 11) is denied.

IT IS SO ORDERED.

Dated: October 25, 2023              /s/ *Holly L. Teeter*
                                                          HOLLY L. TEETER
                                                          UNITED STATES DISTRICT JUDGE