| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

U.S. MARSHALS SERVICE
RECEIVED
SEP 15 2023
DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas
OCT 25 2023
Clerk, U.S. District Court
By ___ Deputy Clerk

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kenneth Mark Hay | 5:23-cv-03175-HLT-GEB |
| DEFENDANT | TYPE OF PROCESS |
| Keri Applequist, et al | Civil service |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Kansas Attorney General
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
120 SW 10th Ave., 2nd Floor Topeka, KS 66612

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | 1 |
|---|---|---|
| Kenneth Mark Hay<br>LARNED State Hospital<br>1301 KS Highway 264<br>Larned, KS 67550 | Number of parties to be served in this case | 5 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Jeffrey S Hokanson  Digitally signed by Jeffrey S Hokanson Date: 2023.09.14 09:30:12 -05'00' | | None provided | 9/14/2023 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 of 5 | District of Origin<br>No. 31 | District to Serve<br>No. 31 | Signature of Authorized USMS Deputy or Clerk<br>P Buson | Date<br>9-29-23 |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Service by Mail Date 10/16/2023 | Time | ☐ am<br>☐ pm |
|---|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy | | |

Costs shown on attached USMS Cost Sheet >>

**REMARKS**
Date summons sent by certified mail (See tracking strip): 09/29/2023
Date of Service (Used USPS Track and Confirm, as return receipt not dated.)
Date on Track and Confirm: 10/23/2023.

Form USM-285
Rev. 03/21

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70223330000169411693

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 10:54 am on October 16, 2023 in TOPEKA, KS 66612.

## Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered
**Delivered, Front Desk/Reception/Mail Room**

TOPEKA, KS 66612
October 16, 2023, 10:54 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                    ⌄

**USPS Tracking Plus®**                                      ⌄

**Product Information**                                      ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee
$ 4.35

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $ 3.55
☐ Return Receipt (electronic)     $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $

Postage
$ 2.07

Total Postage and Fees
$ 9.97

Postmark Here: 10-12-23

Sent To: KANSAS ATTORNEY GENERAL
Street and Apt. No.: 120 SW 10TH AVE
2ND FLOOR
City, State, ZIP+4: TOPEKA, KS 66612

PS Form 3800, April 2015

7022 3330 0001 6941 1693

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
S:23-03175  1 of 5

KANSAS ATTORNEY GENERAL
120 SW 10TH AVE
2ND FLOOR
TOPEKA, KS 66612

9590 9402 8454 3156 4944 58

2. Article Number (Transfer from service label)
7022 3330 0001 6941 1693

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

OCT 16 2023

Kansas Attorney General

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
  Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                    Domestic Return Receipt