# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

**U.S. Department of Justice**
United States Marshals Service

U.S. MARSHALS SERVICE RECEIVED
SEP 15 2023
DISTRICT OF KANSAS

| | |
|---|---|
| PLAINTIFF: Kenneth Mark Hay | COURT CASE NUMBER: 5:23-cv-03175-HLT-GEB |
| DEFENDANT: Keri Applequist, et al | TYPE OF PROCESS: Civil service |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN:
Linda Kidd, (PSE) Program Leader of SPTP

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code):
SOP, Larned State Hospital 1301 Kansas Highway 264 Larned, Kansas 67550

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Kenneth Mark Hay
LARNED State Hospital
1301 KS Highway 264
Larned, KS 67550

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 5
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:
Jeffrey S Hokanson (Digitally signed by Jeffrey S Hokanson Date: 2023.09.14 09:30:12 -05'00')
[X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: None provided
DATE: 9/14/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 5 of 5
District of Origin No.: 31
District to Serve No.: 31
Signature of Authorized USMS Deputy or Clerk: P Bwx
Date: 9-29-23

[ ] I hereby certify and return that I ... have personally served, ... have legal evidence of service, ... have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Address (complete only different than shown above):

Date: Service by Mail 10/20/2023
Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

**REMARKS**
Date summons and complaint were sent by certified mail, 09/29/2023
Date of Service (date return receipt signed): 10/20/2023.
Date return receipt received in USMS Office: 10/27/2023

440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Kansas

Kenneth Mark Hay

*Plaintiff(s)*

v.

Keri Applequist, et al

*Defendant(s)*

Civil Action No. 5:23-cv-03175-HLT-GEB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Linda Kidd, (PSE) Program Leader of SPTP
Sexually Violent Predator Program
Larned State Hospital
1301 Kansas Highway 264
Larned, Kansas 67550

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kenneth Mark Hay
LARNED State Hospital
1301 KS Highway 264
Larned, KS 67550

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 09/14/2023

/s/ J. Hokanson, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:23-cv-03175-HLT-GEB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   5:23-03175 SJS

   LINDA KIDD
   LARNED STATE HOSPITAL
   1301 KANSAS HIGHWAY 264
   LARNED, KS 67550

   9590 9402 8454 3156 4944 96

2. Article Number *(Transfer from service label)*
   7022 3330 0001 6941 1730

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Linda Kidd  ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*: Linda Kidd
C. Date of Delivery: 10/20/23

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee: $ 4.35 2.07
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)   $ 3.55
☐ Return Receipt (electronic) $ ____
☐ Certified Mail Restricted Delivery $ ____
☐ Adult Signature Required   $ ____
☐ Adult Signature Restricted Delivery $ ____

Postage: $ 2.07
Total Postage and Fees: $ 9.97

Postmark Here: 10-12-23

Sent To: LINDA KIDD
Street and Apt. No., or PO Box: LARNED STATE HOSPITAL
City, State, ZIP+4®: 1301 KANSAS HIGHWAY 264
LARNED, KS 67550

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions