Friday, December 08, 2023
9:03 AM

Dear Mr. Shoger:

I am writing to you now concerning Case Number: 5:23-CV-03175- HLT-GEB in which we represent parties involved. I am sending a copy of this correspondence with you to the Court so that all parties stay involved in the process of litigation.

Until now I have yet to receive any Motion to Dismiss from you and your clients. I have litigated this case to the best of my ability and have received nothing but stall tactics it seems from you and your clients. In my opinion it seems as if you and your clients are the actor Billy Bob Thornton in the movie "Tombstone".

What I am saying is that I am Wyatt Earp (played by Kurt Russell) and I am asking you and your clients the same thing Mr. Earp does of Mr. Thornton's character in the movie. That is, *"Are you gonna draw that smoke wagon or are you gonna stand there and bleed?"*

It only took your office 35 days to have me Civilly Committed and now you and your clients want to play "keep away" with my Due Process Rights . . . AGAIN . . . especially regarding my Constitutional and Statutory Right to a Speedy Trial.

If my lawsuit was so bad Mr. Shoger than why hasn't the Court dismissed it?

Should we have a phone conference? You may and can call me for free at the number listed below.

I will not accept any "plea bargains" like other residents of SPTP.

I will not be bartered with or bribed.

I will only accept my complete satisfaction of receiving all my Prayer for Relief or none at all.

Thank you for your time and consideration!

Respectfully,

*Kenneth Mark Hay*
Kenneth Mark Hay
1301 Kansas Highway 264
Larned, Kansas 67550
620-285-4660 extension 4

Mr. Kenneth Mark Hay
1301 Kansas Highway 264
Larned, Kansas 67550

THIS CORRESPONDENCE IS FROM A SECURE FACILITY AND IS UNCENSORED

WICHITA KS 670
12 DEC 2023 PM 3 L

UNITED STATES DISTRICT COURTHOUSE
C/O Clerk od the District Court
444 S.E. Quincy
490 U.S. Courthouse
Topeka, Kansas 66683

66683-350799

RECEIVED
DEC 18 2023

