

Exhibit A

# STATE OF KANSAS
## OFFICE OF THE ATTORNEY GENERAL

**KRIS W. KOBACH**
ATTORNEY GENERAL

November 8, 2023

MEMORIAL HALL
120 SW 10TH AVE., 2ND FLOOR
TOPEKA, KS 66612-1597
(785) 296-2215 • FAX (785) 296-6296
WWW.AG.KS.GOV

Kenneth Mark Hay
Larned State Hospital
1301 KS Highway 264
Larned, KS 67550

Re: *Kenneth Mark Hay v. Keri Applequist, et al.* Case No. 23-3175

Dear Mr. Hay:

I am the attorney who represents the defendants in the above-captioned matter. Under Federal Rule of Civil Procedure 5(b)(1), "If a party is represented by an attorney, service under this rule must be made on the attorney unless the court orders service on the party." Accordingly, please serve future case documents in the above-captioned matter (other than summonses and complaints, which are handled under Rule 4) only on myself as counsel for the defendants. My office address is as follows:

Office of Kansas Attorney General
Kris W. Kobach
Attn: Matthew Shoger, Assistant Attorney General
120 SW 10th Ave, 2nd Floor
Topeka, Kansas 66612

Thank you.

Sincerely,

OFFICE OF ATTORNEY GENERAL
KRIS W. KOBACH

*Matthew Shoger*
Matthew Shoger
Assistant Attorney General

MLS/drw