IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF KANSAS



FILED
MAY 28 2024
Clerk, U.S. District Court
By: _____ Deputy Clerk

KENNETH MARK HAY,  )
        Plaintiff,  )
                    )
                    )
Versus             )      CASE NO. 5:23-CV-03175- HLT-GEB
                    )
                    )
Ms. Keri Applequist, et al.,  )
        Defendants,  )

### PRO- SE MOTION FOR APPOINTMENT OF COUNSEL

I, **Mr. Kenneth Mark Hay**, Plaintiff, pro se, in forma pauperis, respectfully requests this honorable Court for appointment of counsel for the following reasons:

1. Plaintiff is indigent. Plaintiff is financially unable to retain his own attorney.
2. Pursuant to *K.S.A. 22-4503*, a person subject to an order or commitment pursuant to *K.S.A. 22-3428 or K.S.A. 59-2965* and amendments thereto, shall be entitled to the assistance of counsel at every stage of a habeas corpus proceeding brought by such person and the provisions of this section relating to defendants shall be applicable to such persons.
3. Plaintiff is requesting that a licensed and qualified defense attorney that is trained and experienced in Sexual Predator Cases be appointed by the Court as the Plaintiff's Defense Counsel.
4. Plaintiff is civilly committed indefinitely in a secure facility at The Larned State Hospital. By virtue of his civil commitment and pursuant to *K.S.A. 59-29a01 et seq.*, the Plaintiff has lost his freedom, and the Plaintiff's commitment further involves a massive or substantial curtailment of liberty.

5. Plaintiff is entitled to the appointment of counsel as shown in recent habeas proceedings and appeals of court decisions. (See *Brull v. Kan. Dept. of Soc. & Rehab. Servs.* 240 P.3d 627.)
6. The Plaintiff asks this Honorable Court to please prevent his Constitutional Rights of Due Process from being violated because this Court did not appoint Defense Counsel for the Plaintiff in this case.
7. The Plaintiff is entitled to Defense Counsel provided to him by the *6th Amendment* of the United States Constitution.
8. The Plaintiff is not versed in law and legal matters and the scope and magnitude of this case requires a Properly Qualified Attorney to protect the Plaintiff's Constitutional and Statutory Rights.
9. The Plaintiff cannot afford an attorney to represent him in this case and he has contacted several.
10. This case has been going for more than a year and the Plaintiff has litigated well for a ProSe Litigant and the Defendants and their Counsel have been silent and not Litigated at all. This violates the Plaintiffs Due Process Rights.

**WHEREFORE**, the Plaintiff respectfully requests this honorable Court accept this motion for appointment of counsel and have the Court rule on all points and arguments made by the Plaintiff in this motion.

Respectfully submitted this 22 day of May, 2024.

*Kenneth Mark Hay*
Mr. Kenneth Mark Hay
1301 KS HWY 264
Larned, Kansas 67550-5353

## CERTIFICATE OF SERVICE

     I, <u>KENNETH MARK HAY,</u> hereby certify that a true and correct copy of the above and foregoing Motion for Appointment of Counsel was placed in the United States Mail, postage prepaid on this ̲2̲2̲ of Day of May, 2024, to:

United States District Courthouse
C/O Court of the District Court
444 S.E. Quincy
490 U.S. Courthouse
Topeka, Kansas 66683


Kansas Attorney General's Office
**C/O Mr. Matthew Shoger**
120 S.W. 10th Avenue
2nd Floor
Topeka, Kansas 66612


                                                _/s/ Kenneth Mark Hay_
                                                Mr. Kenneth Mark Hay
                                                1301 KS HWY 264
                                                Larned, Kansas 67550-5353