

Behavioral Sciences Regulatory Board
700 SW Harrison St. Suite 420
Topeka, KS 66603-3929
**David B. Fye, JD** Executive Director

Behavioral Sciences
Regulatory Board

Phone: 785-296-3240
Fax: 785-296-3112
www.ksbsrb.ks.gov
**Laura Kelly**, Governor

July 11, 2024

*Plaintiff's Exhibit A*

Robert Davis Jr.
1301 Kansas Highway 264
Larned, KS  67550

Re:  Report of Alleged Violation
☆ 25-NL-0007 Laura Howard  *Secretary of KDADS*
25-NL-0008 Robert Alford
25-NL-0009 Leon Hardy
25-NL-0010 Natalie Blackwell  *Tier 2 Outings Staff*
25-NL-0011 Leslie Adams  *Tier 2 Outings Staff*
25-NL-0012 Rob Munden
25-NL-0013 Lance Hagerman  *Tier 2 Outings Supervisor*
☆ 25-NL-0014 Stacey Paige  *Superintendent of Tier 3 Reintegration – Parsons*
☆ 25-NL-0015 Deborah Day  *Superintendent of Tier 3 Reintegration – Osawatomie*
☆ 25-NL-0016 Haleigh Turner  *Chief Operations Officer – Larned State Hospital*
☆ 25-NL-0017 Jason Fisher  *Chief of Security – Larned State Hospital*

Dear Mr. Davis:

When the Behavioral Sciences Regulatory Board receives a Report of Alleged Violation, the complaint is reviewed, and an initial determination is made as to whether to proceed with opening the case for investigation. This determination is based on: (1) the complaint pertains to one of the professions regulated by the Board and (2) the complaint alleges facts which, if proven true, would constitute violations of the rules, regulations, and/or statutes governing the practice of the professional against whom the report has been filed.

In consideration of these criteria, your complaint was thoroughly reviewed.  In your case, none of the persons listed above are a licensee of the Board, therefore, this case has been dismissed and there will be no further action on this Report of Alleged Violation.

The Board appreciates your diligence in reporting possible violations by a mental health practitioner.

Sincerely,

*DJF*

David B. Fye, JD
Executive Director

☆ = *members of the SPTP Progress Review Panel*
*Rob, Bob and Leon are Activity Therapists that teach Psycho-Ed Classes*

*None of these people are qualified, licensed, certified, trained, skilled to administer Sexual Predator Treatment.*
*This violates Howe v. Godinez 558 F.Supp 3d 664*