IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **KENNETH MARK HAY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case. No. 23-3175-HLT-GEB |
| ) | |
| **KERI APPLEQUIST,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER FOR CLERK'S FOURTEEN-DAY EXTENSION

Pursuant to Local Rule 77.2, Defendants Keri Applequist, Haleigh Bennett, Linda Kidd, and Lindsey Dinkel should be and hereby are granted fourteen (14) additional days in which to answer or otherwise plead to the petition filed herein. This is the first request for an extension. Defendant's answer or other responsive pleading was originally due October 9, 2024. The time to answer has not expired. Defendant's answer or other responsive pleading is now due on or before October 23, 2024.

Dated this 19th day of   September   2024.


Clerk of the United States District Court
For the District of Kansas


By:   s/ N. Coop, Deputy Clerk
       Deputy Clerk

PREPARED BY:

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

/s/ Matthew L. Shoger
Matthew L. Shoger, KS S Ct. #28151
Assistant Attorney General
Office of the Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Telephone:  785-296-2215
FAX:  785-291-3767
Email: *matt.shoger@ag.ks.gov*
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

  I hereby certify that on this  day of September, 2024, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy served by means of first-class mail, postage prepaid, addressed to:

 Kenneth Mark Hay
 Larned State Hospital
 1301 KS Highway 264
 Larned, KS 67550
 *Plaintiff, pro se*

               */s/ Matthew L. Shoger*
               Matthew L. Shoger
               Assistant Attorney General