IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KENNETH MARK HAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 23-3175-HLT-GEB |
| | ) |
| KERI APPLEQUIST, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME**

Defendants Keri Applequist, Lindsey Dinkel, Haleigh Bennett, and Linda Kidd ("Defendants") respectfully move this Court, through Assistant Attorney General Matthew L. Shoger, for an order allowing an additional fourteen (14) days in which to file a response to Plaintiff's Amended Complaint (Doc. 8). In support of the requested extension, the Defendants state the following:

1. Currently, Defendants must respond by October 23, 2024.

2. Defendant has previously received a 14-day clerk's extension as to this deadline.

3. Defendant has not conferred with the Plaintiff in this matter.

4. Good cause exists for the requested motion.

5. This Motion is made in good faith and is not presented for the purpose of delay.

The extension is requested due to the press of other business and the undersigned counsel's previously scheduled obligations.

For these reasons, Defendants request this Court enter an Order granting an extension of the time allowing fourteen days to answer or otherwise plead to Plaintiff's Amended Complaint, and any further relief this Court deems just and proper.

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
Office of the Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of October, 2024, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy served by means of first-class mail, postage prepaid, addressed to:

    Kenneth Mark Hay
    Larned State Hospital
    1301 KS Highway 264
    Larned, KS 67550
    *Plaintiff, pro se*

    */s/ Matthew L. Shoger*
    Matthew L. Shoger
    Assistant Attorney General