## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF KANSAS

FILED

JAN 14 2025

Clerk, U.S. District Court
By: _____ Deputy Clerk

| | |
|---|---|
| KENNETH MARK HAY, )<br>Plaintiff, )<br>)<br>)<br>Versus )<br>)<br>)<br>Ms. Keri Applequist, et al., )<br>Defendants, ) | **CASE NO. 5:23-CV-03175-HLT-GEB** |

### Plaintiff's Motion to Disclose Plaintiff's Witnesses

**COMES NOW,** the Plaintiff, Mr. Kenneth Mark Hay, Pro Se, before this Honorable Court to file this Plaintiff's Motion to Disclose Plaintiff's Witnesses that he may call to Testify, be Deposed, and answer Interrogatories in this Suit.

The Plaintiff offers the following Witnesses on his behalf:

1. Ms. Keri Applequist, LCP (SPTP Assistant Clinical Program Director – Member of the SPTP Treatment and Clinical Teams and Progress Review Panel)
2. Ms. Courtney Wagner, LMSW (SPTP Assistant Administrative Program Director – Member of the SPTP Treatment and Clinical Teams and Progress Review Panel)
3. Mr. Gabriel Rop, MPH (SPTP Administrative Program Director – Member of the SPTP Treatment and Clinical Teams and Progress Review Panel)
4. Ms. Linda Kidd (SPTP Program Director ) – Member of the SPTP Treatment and Clinical Teams and Progress Review Panel
5. Ms. Haleigh Turner (Larned State Hospital Chief Operations Officer – Member of the SPTP Treatment and Clinical Teams and Progress Review Panel)

6. Dr. Christine Mohr, Psy. (SPTP Clinical Program Director – Member of the SPTP Treatment and Clinical Teams and Progress Review Panel)

7. Dr. Kelly O'ttavio, Ph.D. (SPTP Chief Forensic Psychologist– Member of the SPTP Treatment and Clinical Teams and Progress Review Panel )

8. Dr. Lindsey Dinkel (Larned State Hospital Superintendent – Member of the SPTP Treatment and Clinical Teams and Progress Review Panel)

9. Mr. Jason Fisher (Chief of Safety and Security for Larned State Hospital)

10. Ms. Kelsey Fleet, LCP (Annual Examiner for SPTP)

11. Kipp (SPTP Polygrapher)

12. Ms. Sharon Surface, LMSW (Plaintiff's Therapist – Member of the SPTP Treatment and Clinical Teams)

13. Ms. Jessica MacMahon, APRN (SPTP Medical Care Provider)

14. Shannon, RN (Dillon – East 2 – Unit Leader – Member of the SPTP Treatment Team)

15. Mr. Justin Clark, A.T. 1 (Director of Activity Therapist for Dillon)

16. Mr. Leon Hardy, A.T. 1 (Activity Therapist for PsychoEducation Classes for Dillon Member of the SPTP Treatment Team)

17. Ms. Stacy Paige (Superintendent of Maple House – Tier 3 Reintegration – Parsons State Hospital Member of the SPTP Progress Review Panel)

18. Ms. Deborah Day (Superintendent of MiCo – Tier 3 Reintegration – Osawatomie State Hospital Member of the SPTP Progress Review Panel)

19. Dr. Cappo (Clinical Program Director - MiCo – Tier 3 Reintegration – Osawatomie State Hospital Member of the SPTP Progress Review Panel)

20. Todd (SPTP Conditional Release Officer and Member of the SPTP Progress Review Panel)

21. Mr. Brad Base (President of Sunflower Behavioral Health)

22. Mr. Chris Mohr (SPTP Due Process Coordinator)

23. Ms. Leann Thomas (SPTP Due Process Coordinator)

24. Mr. Lance Hagerman, Activity Therapist (Tier 2 Outings Coordinator)

25. Ms. Natalie Burrell, Tier 2 Outing Activity Therapist

26. Ms. Leslie Adams, Tier 2 Outing Activity Therapist

27. Dr. Zohaib Sohail, MD (SPTP Psychiatrist)

28. Ms. Lynnette Streit, RN

29. Director of the Kansas Behavioral Sciences Regulatory Board

30. Director of the Kansas Board of Nursing

31. Director of the Kansas Board of Healing Arts

32. Director of the Kansas Department of Health and Environment

33. Secretary of the Kansas Department for Aging and Disability Services

34. Mr. David Harrison Sipe

35. Mr. Robert Davis, Jr.

36. Mr. Kenneth Mark Hay

These Witnesses of the Plaintiff are Subject to Direct and Cross Examination before this Honorable Court by **all** Parties involved in this Suit. These Witnesses are also Subject to Depositions and Interrogatories by **all** Parties in this Suit. These Witnesses will testify before this Honorable Court, under oath subject to perjury, regarding the matters and claims being disputed in this suit by **all** Parties.

**THEREFORE**, Your Honor, the Plaintiff humbly submits this Motion of Witnesses before this Honorable Court and asks and prays that this Court grants the Plaintiff the Right to call these Witnesses in his defense in this Suit, to Depose any and all of them, to subject them to Interrogatories and to subject them to Direct and Cross Examination, under oath.

## CERTIFICATE OF SERVICE

I, <u>KENNETH HAY,</u> hereby certify that a True and Correct Copy of this Memorandum of Law was sent, by U.S. Mail, postage prepaid, on this ____9____ day of the month of ____January____ of the year _20 25_ to the following parties in this case:


Kansas Attorney General's Office
**C/O Mr. Matthew Shoger**
120 S.W. 10th Street, 2nd Floor
Topeka, Kansas 66612

United States District Courthouse
**C/O Clerk of the District Court**
444 S.E. Quincy
490 U.S. Courthouse
Topeka, Kansas 66683

Respectfully Submitted,

Mr. Kenneth Mark Hay
1301 Kansas Highway 264
Larned, Kansas 67550
620-285-4660 extension 4