IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **KENNETH MARK HAY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 23-3175-HLT-GEB |
| | ) |
| **KERI APPLEQUIST,** *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS' MOTION TO EXCEED PAGE LIMIT**

Defendants Keri Applequist, Lindsey Dinkel, Haleigh Bennett, and Linda Kidd ("Defendants") respectfully request under D. Kan. Rule 7.1(d) to exceed the page limit for their upcoming Motion for Judgment on the Pleadings.

Plaintiff Kenneth Mark Hay's twenty-six-page complaint brings numerous, varied claims. (Doc. 8.) Even after the court dismissed several claims (Doc. 34 at 10), remaining claims include claims under § 1983 for alleged violations of Hay's Fourth Amendment right against unreasonable searches and seizures, Fifth Amendment right against double jeopardy, Sixth Amendment right to due process, Eighth Amendment right against cruel and unusual punishment, Fourteenth Amendment right to due process, Fourteenth Amendment right to equal protection, and rights under the "Ex Post Facto" prohibition. (Doc. 8 at 1-2, 14.) Hay also asserts that this action is brought under the Kansas Constitution and that K.S.A. 60-235 was violated. (Doc. 8 at 2, 22.) Hay requests thirteen different forms of relief. (Doc. 8 at 23-24.)

In light of the number of remaining claims, the number of forms of relief requested, the size and complexity of the Complaint, and the seriousness of challenges against the constitutionality of state statutes – in this case, a challenge against the constitutionality of the Kansas Sexually Violent Predator Act, an act designed to protect the public health and safety

from sexually violent predators (*see In re Hay*, 263 Kan. 822, 833 (1998); *Kansas. v. Hendricks*, 521 U.S. 346, 361 (1997)) – Defendants respectfully request under D. Kan. Rule 7.1(d) to exceed the page limit on their upcoming Motion for Judgment on the Pleadings. This will allow Defendants to address all of the elements and factors for each appropriate defense for each of Hay's numerous remaining claims in light of the various factual allegations in the Complaint. Specifically, these Defendants request to exceed the fifteen-page limit under D. Kan. Rule 7.1(d)(3) by five pages, for a total of twenty pages. Defendants have already composed the Motion for Judgment on the Pleadings and plan to file it promptly if this Motion to Exceed Page Limit is granted.

    Respectfully submitted,

    KRIS W. KOBACH
    ATTORNEY GENERAL OF KANSAS

    /s/ Matthew L. Shoger
    Matthew L. Shoger, KS No. 28151
    Assistant Attorney General
    Office of the Attorney General
    120 SW 10th Ave., 2nd Floor
    Topeka, Kansas 66612-1597
    matt.shoger@ag.ks.gov
    (785) 296-2215
    Fax: (785) 291-3767
    *Attorney for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of January, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy served by means of first-class mail, postage prepaid, addressed to:

Kenneth Mark Hay
Larned State Hospital
1301 KS Highway 264
Larned, KS 67550
*Plaintiff, pro se*

                                          */s/ Matthew L. Shoger*
                                          Matthew L. Shoger
                                          Assistant Attorney General