Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KENNETH MARK HAY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 23-3175-HLT-GEB |
| KERI APPLEQUIST, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## DECLARATION OF DR. CHRISTINE MOHR, Psy.D., LP

I, Dr. Christine Mohr, Psy.D., LP, being of lawful age, make the following declaration pursuant to 28 U.S.C. § 1746 relating to the captioned matter based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment.

1. I have been the Clinical Program Director for the Sexual Predator Treatment Program (SPTP) at Larned State Hospital (LSH) since September 2021.

2. The Clinical Program Director for SPTP reports to the Superintendent of LSH.

3. I am a Clinical Psychologist with a doctoral degree (Psy.D.) in Psychology. I am licensed as a Doctoral Level Psychologist by the Kansas Behavioral Sciences Regulatory Board. I also have a clinical membership with the Association for the Treatment & Prevention of Sexual Abuse (ATSA) and am an affiliate member of the Society for the Advancement of Actuarial Risk Need Assessment (SAARNA).

4. LSH is a psychiatric facility.

5. LSH has three distinct hospital programs: the Psychiatric Services Program (PSP), the State Security (Hospital) Program (SSP), and the Sexual Predator Treatment Program (SPTP).

## Overview of SPTP

6. SPTP provides treatment for convicted sex offenders who have completed their prison sentences but have been determined by the courts to be violent sexual offenders in need of involuntary inpatient treatment as outlined in K.S.A. 59-29a01 et seq.

7. SPTP houses up to about 275 committed Sexually Violent Predators ("residents" or "SVP residents") at the LSH campus. The program also operates three reintegration facilities, Meyer House (at LSH), MiCO house (at Osawatomie State Hospital) and Maple House (at Parson State Hospital & Training Center), that provide community-based treatment.

8. SPTP has been given two primary missions:

    a. First, SPTP provides for the public safety to prevent further victimization of others by sexual offenders assigned to the program. This requires adequate security and the ability to establish a safe environment for staff and residents within the boundaries of the parts of the LSH campus dedicated to SPTP.

    b. The second mission of SPTP is to provide treatment to those residents willing to engage in the work of personal change. The ultimate aim of this treatment is to reduce the individual's risk for re-offense to a level that

2

would allow the return of the individual to society as a contributing, productive citizen.

9. The inpatient SPTP housing is at LSH in the Dillon Building, Isaac Ray Building, and Jung Building.

10. As part of my job duties, I am familiar with Mr. Kenneth Hay, a SPTP resident.

11. At the beginning of 2023, Mr. Hay was housed in the Isaac Ray building.

12. On October 10, 2023, Mr. Hay was moved from the Isaac Ray building to the Dillon building. Mr. Hay currently continues to be housed in the Dillon building.

13. Dillon is a secure facility with similar security to a jail or prison. Entry to and exit from the buildings are by security-monitored, locked entrances. Its grounds are surrounded by fencing and razor wire. The fencing is separated from surrounding structures and woodlands to prevent unobserved access.

**Clinical Program Director**

14. As Clinical Program Director for SPTP, my duties include supervising the Assistant Clinical Program Director, Leisure Activity Therapy Director, Social Workers, Director of Community Reintegration, Forensic Evaluators, and the Conditional Release Monitors. I am the Chair of the Progress Review Panel (PRP) that reviews treatment progress for SPTP residents, and I supervise the annual review process. I oversee the rights restrictions review process for therapeutically contraindicated rights restrictions. I also respond to resident grievances at the Program Director level. I attend SPTP leadership meetings and LSH leadership meetings.

15. The Assistant Clinical Program Director oversees treatment staff, therapists, psychoeducation staff, outing staff, and vocational training program staff.

16. Psychoeducation staff conduct group classes as part of the residents' treatment.

17. Outing staff escort and supervise residents who have reached Tier 2 of treatment on structured community outings to develop and practice important skills necessary to safely return to society.

18. The vocational training program provides training classes and paid jobs, including jobs involving cleaning, woodworking, sewing and/or painting.

19. Leisure activity therapy staff conduct leisure activities for residents such as yard, gym, softball, yoga, weights, and fitness.

20. "Activity therapy staff" includes leisure activity therapy staff, outing staff, and vocational training program staff.

**Treatment Stages**

21. Currently SPTP uses a Tier system that residents can progress through as follows:

    a. In Tier 1, residents receive inpatient care only. The focus is to allow residents to acquire skills to manage their risks and receive treatment specific to their needs.

    b. In Tier 2, residents receive inpatient care; go on supervised community outings; and receive additional privileges such as having access to a refrigerator, no curfew, ordering outside food deliveries, and therapeutic tasks such as using the unit washers and dryers.

  c. In Tier 3, residents move to a reintegration facility where there is a progressive reduction of supervision in the community based upon the resident's level of progress; while on Tier 3 they may utilize their own car, have a job in the community, go on outings in the community independently, and seek independent medical care. They continue to receive treatment. After Tier 3, residents can progress to transitional release with a court order.

  d. In transitional release, residents live at a reintegration facility but are mostly independent; they are also approved to begin looking for independent housing in the community. Residents continue receiving treatment. After transitional release, residents can progress to conditional release with a court order.

  e. In conditional release, residents live in the community, are supervised by the Conditional Release monitors, and continue receiving treatment. After five successful years in conditional release in the community, residents can progress to being released (Final Discharge) from the SPTP program with a court order.

22. The Tier system was adopted in 2016.

23. Nineteen residents have successfully completed treatment and have been fully released from SPTP; 15 of the 19 achieved Final Discharge under the new Tier system.

24. Formerly, SPTP used a "Phase" system that had grown and changed over time. Most recently, it was as follows:

    a. Phases 1 through 4 were roughly equivalent to Tier 1.

    b. Phase 5 was roughly equivalent to Tier 2.

    c. Phase 6 was roughly equivalent to Tier 3.

    d. Phase 7 was roughly equivalent to transitional release.

    e. Conditional release was roughly equivalent to the current version of conditional release.

25. In 2011 and 2012, SPTP was using this seven-phase system.

26. Back in 2003 and 2004, the Phase system only included five phases with transitional release serving as Phase 5, followed by conditional release.

**Treatment History**

27. As part of my job duties, I have access to and am familiar with Mr. Hay's treatment records.

28. A Yearly Report (now called Annual Examination) for Mr. Hay dated May 12, 2011, stated the following:

    > Psychologically (mentally, emotionally, behaviorally), Mr. Hay has made no forward progress in the program during the past year and has probably regressed somewhat. Mr. Hay, a fifty year old Caucasian male, is presently placed on Phase Three of SPTP's Seven Phase inpatient treatment program. Phase Three emphasizes the internalization and application of core principles of sexual behavior change which have been academically learned through class work in an earlier phase of the program. This is the most open-ended phase of the program and there is no

designated timeframe since completion is dependent on the individual issues presented by the resident. Mr. Hay has achieved Blue Badge status which affords him the second highest level of privileges available to a resident in the program. His behavior has included some instances of anger toward staff in regard to program policies.

29. A treatment plan for Mr. Hay dated July 1, 2011, said he was in Phase 3 of the program but was not behaving appropriately for that phase.

30. A treatment plan for Mr. Hay dated September 21, 2011, stated the following:

"Currently- Mr. Hay is not attending groups or classes at this time. He stopped engaging in anything."

31. A Yearly Report for Mr. Hay dated March 28, 2012, stated the following:

Psychologically (mentally, emotionally, behaviorally), Mr. Hay has made no forward progress in the program during the past year. Mr. Hay, a fifty-one year old Caucasian male, is presently placed on Phase Three of SPTP's Seven Phase inpatient treatment program.

32. Mr. Hay has never progressed to a Phase or Tier where he was housed in a reintegration facility.

33. Mr. Hay has never progressed to Transitional Release.

34. Since the current Tier system was adopted, Mr. Hay has not progressed to Tier 2 or above.

**Treatment Resistant**

35. As part of my job duties, I have access to and am familiar with Mr. Kenneth Hay's current treatment status.

36. Mr. Hay is designated as "Treatment Resistant" because he has not attended an adequate amount of treatment resistant group sessions and is not adequately engaged in treatment.

37. As a result of being designated "Treatment Resistant," Mr. Hay is not offered as many group sessions as someone who attends and is engaged in treatment.

38. Once Mr. Hay can attend an adequate amount of treatment resistant group sessions (approximately 50% of the treatment resistant group sessions offered in one quarter) and is engaged in treatment, he would be offered additional treatment groups each quarter.

## Treatment, Generally

39. For residents who are not designated as "Treatment Resistant," the amount of treatment hours per week depends on what the resident's risk areas are, how many groups therapists determine the resident needs to be placed in, and how many groups are being offered that quarter.

40. Generally, residents are offered an hour with their Process group and about 4 additional treatment hours (either therapist-led or psychoeducation-led groups) for a total of about 5 hours per week.

41. "Treatment" hours do not include hours for activity therapy or vocational training.

## Therapy, Generally

42. "Therapy" is broader than "treatment." Therapy includes treatment, but not all therapy is considered treatment. In addition to treatment, therapy includes activity therapy, vocational training, and outings.

8

43. Activity therapy is offered at least twice per week. If residents fully engage in activity therapy as offered, they would have activity therapy for about 7 hours total per week. Examples of activity therapy classes include classes for weights, yoga, fitness, and social recreation activities, such as softball.

44. Some specific activity therapy classes are seasonal and are only offered during certain parts of the year. But activity therapy is still offered twice per week throughout the year through other classes.

45. The Vocational Training Program (VTP) is a privilege. To have a VTP job, the resident must have a Purple badge (also referred to as a Purple band), which is the highest privilege level.

46. VTP work depends on the job. Some residents work 2 to 4 hours per day for five days a week, so for about 20 hours per week.

47. Residents in Tier 2 and above of the program also participate in community outings to develop important skills necessary to safely return to society.

**Softball**

48. The softball yard at LSH was closed for a period of time starting around July 2021 due to potential safety and security risks identified after a review following a security incident.

49. The softball yard is now a double-fenced yard for safety and security reasons.

50. At the current time, the softball yard is open and residents can play softball if they choose to.

9

51. There is also an activity therapy softball class that is run by activity therapy staff. It is a seasonal class that is only offered during part of the year.

## Costs of Maintenance, Care, and Treatment

52. Under K.S.A. 59-29a12(a), SPTP can bill a resident for costs for the resident's maintenance, care, and treatment under the SPTP program.

53. Under the same statute, SPTP can also bill any persons bound by law to support the resident for these same costs.

54. However, maintenance, care, and treatment are not dependent on payment by an indigent resident or by persons bound by law to support a resident.

## Other Activities

55. Residents have the opportunity for open yard and gym 5 days a week for about 2 hours each day.

56. Residents are offered fresh-air breaks twice per day. Unit staff allow for additional time outside during fresh air breaks, weather permitting.

57. Unit staff may also offer some additional social engagement activities during the hours that therapy staff are not on-site. Examples of this include board games, playing cards, and watching movies.

58. Residents are offered religious services including weekly religious callouts and independent religious practice.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 15, 2024.

                                   */s/ Christine Mohr, Psy.D., LP*
                                   Christine Mohr, Psy.D., LP
                                   Clinical Program Director for SPTP
                                   Larned State Hospital
                                   Kansas Department for Aging and Disability Services