IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF KANSAS

FILED
JAN 24 2025
Clerk, U.S. District Court
By: _____ Deputy Clerk

KENNETH MARK HAY,        )
         Plaintiff,        )
                    )
                    )
Versus              )        **CASE NO. 5:23-CV-03175-HLT-GEB**
                    )
                    )
Ms. Keri Applequist, et al.,  )
         Defendants,  )

### Plaintiff's Motion for Discovery from Defendants

**COMES NOW,** the Plaintiff, Mr. Kenneth Mark Hay, Pro Se, before this Honorable Court to file this Motion for Discovery from Defendants.

The Plaintiff offers the following in support of this Motion:

In compliance with the Orders of the Court on Friday, December 20, 2024 regarding the Discovery the Plaintiff wishes to seek from the Defendants. The Plaintiff is requesting the following Items, Documentation, Paperwork, Files, Testimony, Transcripts, Videos, Photos, Records, Evidence and Property from your clients (the Defendants) in support of his prosecution of them in this case:

### Legislative Intent

The Plaintiff needs the following Discovery from the Defendants to support his prosecution of them in regards to the Legislative Intent of the Kansas Sexually Violent Predator Act and the Kansas Sexual Predator Treatment Program:

1. All Testimony, Documentation, Paperwork, Transcripts, and Records of 1994's Senate Bill 525.

2. All Testimony, Documentation, Paperwork, Transcripts, Photos, and Videos, and Records of *Kansas v. Hendricks,* 521 U.S. 346 (This will include the Files from The Sedgwick County District Court, the Kansas Supreme Court and the United States Supreme Court).
3. All Testimony, Documentation, Paperwork, Transcripts, and Records of my Original Civil Commitment Case from Johnson County (and this includes the Kansas Supreme Court).
4. All Testimony, Documentation, Paperwork, Transcripts, and Records of *McKune v. Lile* (2002) regarding the Recidivism of Sexual Offenders and the Success of Sexual Offender Treament.

## Conditions of Confinement

The Plaintiff needs the following Discovery from the Defendants to support his prosceution of them in regards to the Conditions of Confinement of the Kansas Sexually Violent Predator Act and the Kansas Sexual Predator Treatment Program:

5. All Testimony, Documentation, Paperwork, Transcripts, Photos, SPTP/LSH Policies/Memos, and Records of Why, Who, When and How the Program/the Hospital changed mine (the Plaintiff's) Conditions of Confinement.
6. Current Photos of SPTP/LSH's:
    a. Kitchen on Dillon, Jung, Isaac Ray and Main Cafeteria.
    b. Dillon Softball yard.
    c. Dillon Mod Yard.
    d. The Exteriors and Interiors of all 3 Mod Buildings in full.
    e. The Exteriors and Interiors of the Annex Building in full.
    f. The Mail and Property Room.
    g. The Jung Yard.
    h. The Exterior and Interior of the Dillon Gym.
    i. The Exterior and Interior of the Plaintiff's Room on Dillon.
        i. The same goes for Jung, Isaac Ray, Meyer, MiCo, and Maple House Buildings.
    j. The Plaintiff's clothes.

    k. The Shower and Latrine on the Plaintiff's Living/Housing Unit.
        i. The same goes for Jung, Isaac Ray, Meyer, MiCo, and Maple House Buildings.
    l. The Exterior and Interior of the Unit Aide Station on the Plaintiff's Living/Housing Unit.
        i. The same goes for Jung, Isaac Ray, Meyer, MiCo, and Maple House Buildings.
    m. Both Dayrooms of the Plaintiff's Living/Housing Unit.
        i. The same goes for Jung, Isaac Ray, Meyer, MiCo, and Maple House Buildings.
    n. The Exterior of Dillon, Jung, Isaac Ray, Meyer, MiCo and Maple House Buildings.
    o. The food served in the kitchens of SPTP/LSH.
    p. The Med and Medical Treatment Rooms.
    q. The basement, all rooms and offices in thereof of the Dillon Building.
    r. The Dayrooms of Isaac Ray Building.
    s. The Gym, Fitness Room, Social Recreation room on the Isaac Ray building.
    t. The barber shop on Dillon and Isaac Ray building.
    u. Security Station at the front of Dillon, Jung, Meyer and Isaac Ray buildings.
    v. The Living and Housing Units and Conditions of the Johnson County jail where the Plaintiff was housed for Pre-Commitment Proceedings of the KSVPA.

## Care and Treatment

The Plaintiff needs the following Discovery from the Defendants to support his prosceution of them in regards to the Care and Treatment of the Kansas Sexually Violent Predator Act and the Kansas Sexual Predator Treatment Program:

7. All C.I.T.P.'s (Comprehensive Integrated Treatment Plans) of the Plaintiff.
8. All Annual Reviews and Exams of the Plaintiff.
9. All Annual Review Hearing Transcripts of the Plaintiff.
10. A copy of the Therapist Clinical Notes on the Plaintiff from all Individual Sessions, Classes/Groups, Polygraphs, and C.I.T.P.'s.
11. A copy of all polygraphs that the Plaintiff has taken in the Program.
12. All transcripts of the Classes and Groups the Plaintiff has taken in the Program.
13. All copies of the Plaintiff's Medical Records/Files.

14. All copies of the Notes and Files that the Defendants have written on the Plaintiff while he has been in the Program.
15. The complete list of all the Qualifications, Licensing, Certifications, Skills, and Training of the Defendants and Witnesses that makes them Eligible to administer Sex Offender and Sexual Predator Treatment.
16. An Itemized Budget and Expenditure of the Program for the entire existence of SPTP.

**Due Process**

The Plaintiff needs the following Discovery from the Defendants to support his prosceution of them in regards to the Due Process of the Kansas Sexually Violent Predator Act and the Kansas Sexual Predator Treatment Program:

17. All Copies (Past and Present) of the Due Process Policies/Memos of SPTP/LSH, Care and Treatment, and Conditions of Confinement.
18. All D.A.R.'s (Data Action Reports) on the Plaintiff.
19. All Notifications that the Plaintiff has received in the Program.
20. All Grievances that the Plaintiff has filed in the Program.
21. The Plaintiff will need the Defendants Attorney to please Bate Stamp each item as well for him.
22. The Plaintiff will need the Defendants Attorney to please send the requested Discovery in Plastic Totes because he is not allowed to have cardboard.
23. The Court will have to issue an Order allowing the Plaintiff to have special permission for him to have access to the Discovery that cannot be stored in his room, but in his property.

**THEREFORE**, the Plaintiff humbly requests that this Honorable Court enters judgment in his favor granting his Motion for Discovery from the Defendants.

## CERTIFICATE OF SERVICE

I, <u>KENNETH HAY</u>, hereby certify that a True and Correct Copy of this Motion was sent, by U.S. Mail, postage prepaid, on this ___19___ day of January 2025 to the following parties in this case:

| | |
|---|---|
| Kansas Attorney General's Office | United States District Courthouse |
| C/O Mr. Matthew Shoger | C/O Clerk of the District Court |
| 120 S.W. 10th Street, 2nd Floor | 444 S.E. Quincy |
| Topeka, Kansas 66612 | 490 U.S. Courthouse |
| | Topeka, Kansas 66683 |

*Kenneth Mark Hay*
Sincerely and Respectfully,
Mr. Kenneth Mark Hay
1301 Kansas Highway 264
Larned, Kansas 67550-5353
620-285-4660 extension 4