# Sexual Predator Treatment Program

2025-01-24

# MEMO

Plaintiffs Exhibit 1A

To: SPTP Residents
From: Christine Mohr, Psy.D., LP, SPTP Clinical Program Director
Date: January 24, 2025
Re: Satisfaction Survey

---

Residents of SPTP,

We are seeking your input regarding some of your everyday frustrations and recommendations regarding how we may modify some things in your environment to improve your day-to-day lives. While we may not be able to make all of your preferred changes, we are hoping that your honest input will allow us to focus and prioritize our efforts toward making improvements that are most meaningful to you as a group.

The survey titled, **Satisfaction Survey 2025 January**, is available for you to print from the Resident Computers.

Your participation in this survey is voluntary, and you can choose to make this anonymous or identify yourself.

This survey is due two (2) weeks from the date of this memo (February 07, 2025). Please place your completed survey in the Due Process Box on your unit. We will collect these from the Due Process Boxes, compile the data, and develop a plan to implement some changes.

We look forward to your feedback so that we can collectively continue to make improvements that benefit you and your living environment.

Christine Mohr, Psy.D., LP
Clinical Program Director