Plaintiffs Exhibit 1B

SPTP Survey 2025

**Resident Name** (Optional): _____

**Current Building** (Circle One):   Dillon    Isaac Ray      Jung

**Current Unit** (Circle One):        DE1    DE2    DW1    DW2    IRS1    IRS2    IRS3    JN    JS

**Directions: On a scale of one (1) to five (5) please rate how satisfied you are with the following:**

*1: not satisfied at all/highly bothered; 2: not really satisfied/somewhat bothered; 3: neutral; 4: somewhat satisfied/mostly not bothered; 5: highly satisfied not bothered*

*Note: You may attach additional pages to this form in order to explain some of your responses, if you choose.*

**Environment/Facilities:**

| | | | | | |
|---|---|---|---|---|---|
| Noise/light at night from peers | 1 | 2 | 3 | 4 | 5 |
| Noise/light at night from staff | 1 | 2 | 3 | 4 | 5 |
| Noise on the unit during the day | 1 | 2 | 3 | 4 | 5 |
| Cleanliness of your living unit | 1 | 2 | 3 | 4 | 5 |
| Cleanliness of your room | 1 | 2 | 3 | 4 | 5 |
| Cleanliness of toilets/showers/bathrooms | 1 | 2 | 3 | 4 | 5 |
| Room storage for your personal belongings | 1 | 2 | 3 | 4 | 5 |
| Breakfast Food | 1 | 2 | 3 | 4 | 5 |
| Lunch Food | 1 | 2 | 3 | 4 | 5 |
| Dinner/Supper Food | 1 | 2 | 3 | 4 | 5 |
| Access to Water | 1 | 2 | 3 | 4 | 5 |
| Access to Ice | 1 | 2 | 3 | 4 | 5 |
| Access to Hygiene Items | 1 | 2 | 3 | 4 | 5 |
| Access Outside | 1 | 2 | 3 | 4 | 5 |
| Access to Exercise Equipment | 1 | 2 | 3 | 4 | 5 |
| Comfort in Therapy Group Rooms | 1 | 2 | 3 | 4 | 5 |
| Feeling Safe in your Environment | 1 | 2 | 3 | 4 | 5 |
| Access to Plants on the Unit | 1 | 2 | 3 | 4 | 5 |
| Unit Décor | 1 | 2 | 3 | 4 | 5 |
| Use of Technology in Groups | 1 | 2 | 3 | 4 | 5 |
| Access to cleaning supplies | 1 | 2 | 3 | 4 | 5 |
| Ability to wear your own clothing | 1 | 2 | 3 | 4 | 5 |
| Access to the phone | 1 | 2 | 3 | 4 | 5 |
| Access to your support network | 1 | 2 | 3 | 4 | 5 |
| Ability to hear announcements | 1 | 2 | 3 | 4 | 5 |
| Access to medications | 1 | 2 | 3 | 4 | 5 |
| Feeling your medical needs are addressed | 1 | 2 | 3 | 4 | 5 |
| Ability to ask staff for help | 1 | 2 | 3 | 4 | 5 |
| Access to Barber/Cosmetologist | 1 | 2 | 3 | 4 | 5 |
| Adequate Job (VTP) opportunities | 1 | 2 | 3 | 4 | 5 |
| Access to mail | 1 | 2 | 3 | 4 | 5 |
| Ability to access your bank account | 1 | 2 | 3 | 4 | 5 |
| Ability to buy items from approved vendors | 1 | 2 | 3 | 4 | 5 |
| Timeliness of response to Nursing Requests | 1 | 2 | 3 | 4 | 5 |
| Timeliness of response to Medical Requests | 1 | 2 | 3 | 4 | 5 |
| Timeliness of response to Therapist Requests | 1 | 2 | 3 | 4 | 5 |

SPTP Survey 2025
**Resident Name** (Optional): _____

**Hospital Staff:**

| | | | | | |
|---|---|---|---|---|---|
| Feeling supported/helped by Nurses (LPNs/RNs) | 1 | 2 | 3 | 4 | 5 |
| Feeling supported/helped by MHDDs | 1 | 2 | 3 | 4 | 5 |
| Feeling supported/helped by CTSs | 1 | 2 | 3 | 4 | 5 |
| Feeling supported/helped by Unit Leaders | 1 | 2 | 3 | 4 | 5 |
| Feeling supported/helped by Therapists | 1 | 2 | 3 | 4 | 5 |
| Feeling supported/helped by Medical Providers | 1 | 2 | 3 | 4 | 5 |
| Feeling supported/helped by Clinic Nurses | 1 | 2 | 3 | 4 | 5 |
| Feeling supported/helped by SPTP Clinical Leadership | 1 | 2 | 3 | 4 | 5 |
| Feeling supported/helped by SPTP Administrative Leadership | 1 | 2 | 3 | 4 | 5 |
| Feeling supported/helped by Administrative Assistants | 1 | 2 | 3 | 4 | 5 |
| Feeling supported/helped by TPC Staff | 1 | 2 | 3 | 4 | 5 |
| Feeling supported/helped by Social Workers | 1 | 2 | 3 | 4 | 5 |
| Feeling supported/helped by AT Staff | 1 | 2 | 3 | 4 | 5 |
| Feeling supported/helped by Psychoeducation Staff | 1 | 2 | 3 | 4 | 5 |
| Feeling supported/helped by VTP Staff | 1 | 2 | 3 | 4 | 5 |

What are the 3 most important things to you while living at SPTP?

1. _____
2. _____
3. _____

What are 3 ways that LSH/SPTP can do to improve your overall environment at SPTP?

1. _____
2. _____
3. _____

What are 3 things that you would like to see different with staff at SPTP?

1. _____
2. _____
3. _____

What are 3 things that would help you advance through the Tiers at SPTP?

1. _____
2. _____
3. _____