

Kenneth Mark Hay
1301 Kansas Highway 264
Larned, Kansas 67550-5353

United States District Court
**C/O Clerk of the District Court**
444 S.E. Quincy
490 U.S. Courthouse
Topeka, Kansas 66683

RECEIVED
FEB 1 0 2025
CLERK U.S. DIST. COURT
TOPEKA, KANSAS

THIS CORRESPONDENCE IS FROM A SECURE FACILITY AND IS UNCENSORED

