IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF KANSAS

FILED
MAR 03 2025
Clerk, U.S. District Court
By _____ Deputy Clerk

| | |
|---|---|
| KENNETH MARK HAY, ) | |
| Plaintiff, ) | |
| ) | |
| ) | CASE NO. 5:23-CV-03175-HLT-GEB |
| Versus ) | |
| ) | |
| ) | |
| Ms. Keri Applequist, et al., ) | |
| Defendants, ) | |

### Plaintiff's Motion for Summary Judgment

**COMES NOW,** the Plaintiff, Mr. Kenneth Mark Hay, Pro Se, before this Honorable Court to file this Motion for Summary Judgment.

The Plaintiff offers the following in support of this Motion:

1. The Defendants have not proven their case against the Plaintiff by a preponderance of evidence.
    a. Federal Rule of Civil Procedure 56(c)(2) states, *"the prison officials have to prove to the judge there is no genuine issue as to any material fact and that defendants are entitled to judgment as a matter of law."*
        i. This means that the Defendants have the **burden** of proving to the Court that the Plaintiff's allegations in this suit are errant and false. **They have failed to do so.**
2. The Defendants have not provided the Plaintiff with adequate Discovery other than some C.I.T..P.'s (Comprehensive Integrated Treatment Plans), Annual Reports, Journal Entries and 2 Declarations from 2 witnesses (including one Defendant).
    a. The Plaintiff believes this to be a Due Process violation and cites *Strope v. Collins*, 492 F. Supp. 2d 1289 (D. Kan. 2007) as his precedent here because the Plaintiff humbly requested more Discovery than this from the Defendants, including Interrogatories.

3. This test is very different from the test which is applied in a Motion to Dismiss your complaint. When the judge receives a Motion to Dismiss, he or she is supposed to look only at your complaint. In a Motion to Dismiss, the judge asks: could you win a judgment in your favor if you could prove in court everything you say in your complaint? When the judge receives a Motion for Summary Judgment, however, he or she looks at evidence presented by both sides, including affidavits, and asks: is there is any real disagreement about the important facts in the case?

4. The first part of the test for a Motion for Summary Judgment that is important to understand is what is meant by "a genuine issue." Just saying that something happened one way, when the prison says it happened another way, is not enough: You need to have some proof that it happened the way you describe. Sworn statements (affidavits or declarations), photographs, deposition transcripts, interrogatory responses, and copies of letters or documents count as proof because you or the prison officials could introduce them as evidence if there were a trial in your case.
   a. The Plaintiff has also proven "genuine issues" in this suit and complaint by the exhibits he has provided to the Defendants and the Court.
   b. There are several genuine issues in this case and suit for the Court to decide:
      i. The fact and Truth that the Plaintiff is not the client, but rather the State of Kansas is a genuine issue this Court must rule on.
         1. The Defendants serve the State of Kansas, which is their Client. This is a Conflict of Interest and "fruits of a poisonous tree." This is a genuine issue the Court must decide.
      ii. The Plaintiff was Court ordered by Johnson County to be given Care and Treatment by the Defendants. The State of Kansas was not ordered by any Court to have this occur.
      iii. The Plaintiff has proven that the Legislative Intent of the Program and the Act is Punitive and not Care and Treatment. This is a genuine issue the Court must decide.
      iv. The Plaintiff has proven that the Conditions of Confinement for him in the Program and the Hospital are Punitive and not Therapeutic or Civilian. This is a genuine issue the Court must decide.
      v. The Plaintiff has proven that the Program is not Care and Treatment, but rather Punishment and continued Confinement that has nothing to do with his mental abnormality, but rather his Program Compliance. This is a genuine issue the Court must decide.
      vi. The Plaintiff has proven that the Program and the Hospital has no Due Process and this makes the Program and the Act Punitive and Unconstitutional. This is a genuine issue the Court must decide.
      vii. The Final Prayer for Relief that the Plaintiff filed is a genuine issue the Court must decide.

    viii. The Plaintiff has proven that the Program and the Act are Intolerable Conduct, Shocking to the Conscience, Egregious, Punitive, and Unconstitutional.

5. An "unverified" Complaint or Answer is not proof of any facts. It only says what facts you or the prison officials are going to prove. If you "verify" your complaint, however, then it counts the same as a declaration. The complaint in this suit was verified.
6. The Plaintiff has a verified complaint **and** provided Exhibits with his Complaint and with **every** filing he has filed in this suit.
    a. These Exhibits are verifiable evidence that **prove beyond a preponderance of evidence** that the Plaintiff has a verifiable Complaint and Suit.
7. There is real disagreement in this case about the facts. However, the Defendants have not countered any of the Plaintiffs exhibits with those of their own or any testimony, affidavits, declarations, depositions, etc. of their own.
    a. The Plaintiffs Constitutional and Statutory Rights have been violated, despite the Defendants having received Immunity from doing so.
8. When the judge considers a motion for summary judgment, he or she is supposed to view the evidence submitted by both sides "in the light most favorable to the party opposing the motion." *Adickes v. S.H. Kress & Co.*, 398 U.S. 144, 157, 160 (1970); *see also Curry v. Scott*, 249 F.3d 493, 505 (6th Cir. 2001).
    a. Since the Defendants filed their Motion for Judgment on the Plaintiff first the Plaintiff is the "opposing party."
    b. **This means that as the opposing party he gets the benefit of the doubt if the meaning of a fact could be interpreted in two different ways.**

**THEREFORE,** Your Honor, the Plaintiff humbly moves this Honorable Court to rule in his favor in regards to his Motion for Summary Judgment and to deny the Defendants Motion for Summary Judgment.

### CERTIFICATE OF SERVICE

I, <u>KENNETH HAY,</u> hereby certify that a True and Correct Copy of this Motion in Motion for Summary Judgment was sent, by U.S. Mail, postage prepaid, on this ____ day of the month of ___February___ of the year __20 25__ to the following parties in this case:

Kansas Attorney General's Office
**C/O Mr. Matthew Shoger**
120 S.W. 10th Street, 2nd Floor
Topeka, Kansas 66612

United States District Courthouse
**C/O Clerk of the District Court**
444 S.E. Quincy
490 U.S. Courthouse
Topeka, Kansas 66683

Respectfully Submitted,
/s/ Kenneth Mark Hay
Mr. Kenneth Mark Hay
1301 Kansas Highway 264
Larned, Kansas 67550-5353
620-285-4660 extension 4