# United States District Court

------------------------- DISTRICT OF KANSAS-------------------------

| | |
|---|---|
| **KENNETH MARK HAY,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**KERI APPLEQUIST, LESIA DIPEMAN, HALEIGH BENNETT, LINDA KIDD, and LINDSEY DINKEL,**<br><br>    **Defendants.** | Case No. 5:23-cv-03175-HLT-GEB |

## JUDGMENT IN A CIVIL CASE

☐ Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒ Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

Pursuant to the Order (Doc. 34) and Memorandum and Order (Doc. 69), Plaintiff's claims are dismissed. This case is closed.

IT IS SO ORDERED.

SKYLER O'HARA<br>
CLERK OF THE COURT

Dated: July 17, 2025        */s/ M. Deaton*
                            By Deputy Clerk